**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | |
|---|---|
| CARLOS C. CAMPOS § | |
| § | |
| V. § | NO. 9:16-CV-83 |
| § | |
| NANCY A. BERRYHILL, § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY § | |

## AMENDED ORDER ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this court. The court received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge were filed by the parties.

The court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED**. A Final Judgment will be entered separately.

**So Ordered and Signed**
**Sep 22, 2017**

_____
Ron Clark, United States District Judge